UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

COLE D. ENGELSON,

Petitioner,

v.

DEBORAH BORGAS,

Respondents.

Case No. 3:26-cv-00326-MMD-CSD

ORDER

Petitioner Cole D. Engelson, a *pro se* Nevada prisoner, submitted a Petition for Writ of Habeas Corpus (ECF No. 1-1), a Motion for Appointment of Counsel (ECF No. 1-2) as well as an Application to Proceed *in forma pauperis* (ECF No. 1 ("IFP Application").)

A $5.00 filing fee is required to initiate a habeas action in a federal district court. *See* 28 U.S.C. § 1914(a); Judicial Conference Schedule of Fees. The Court may authorize a person to begin an action without prepaying fees and costs if the person demonstrates indigency through an IFP application. *See* 28 U.S.C. § 1915; LSR 1-1, 1-2. The IFP application must be submitted on the form provided by the court and include specific financial information and a declaration confirming under the penalty of perjury that the financial information is true. *See id.*

The financial certificate shows Engelson is able to pay the $5 filing fee. (ECF No. 4 at 8.) Thus, he does not qualify for a fee waiver. The Court therefore denies the IFP Application and gives Engelson 45 days to pay the $5 filing fee.

It is therefore ordered that Engelson's IFP Application (ECF No. 1) is denied.

It is further ordered that the initial screening of the Petition (ECF No. 1-1) and consideration of the Motion for Appointment of Counsel (ECF No. 1-2) are deferred until Engelson complies with this Order.

It is further ordered that, within 45 days of the date of this Order, Engelson must pay the $5 filing fee.

The Clerk of the Court is instructed to send Engelson two copies of this Order. If he decides to pay the filing fee from his inmate account, he must arrange to have a copy of this Order attached to the check for the filing fee.

It is further ordered that Engelson's failure to comply with this Order within 45 days will result in the dismissal of this action without prejudice and without further advance notice.

DATED THIS 12th Day of May, 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE